| D/ME Prob. 22 (Rev 03/13) | | DOCKET NUMBER *(Trans. Court)* PACTS# 4893 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:08CR00157 - 003 |
| | | DOCKET NUMBER *(Rec. Court)* 14CR10039 - |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| James Damon | District of Maine | |
| | NAME OF SENTENCING JUDGE | |
| 32 Leominster Road Dedham, MA | Honorable John A. Woodcock, Jr. | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 10/18/13 | TO 10/17/2016 |

**OFFENSE:**

18 USC Sections 922(g)(1) and 924(a)(2) - Possession of a Firearm by a Felon

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MAINE**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Massachusetts** upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/31/14
Date

*signature*
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

2/14/14
Effective Date

*signature*
United States District Judge



# MEMORANDUM

**To:** Honorable Patti B. Saris
Chief U. S. District Judge

**From:** Nicole Monteiro
U.S. Probation Officer

**Re:** DAMON, James E.
TRANSFER OF JURISDICTION

14cr10039 -

**Date:** February 11, 2014

On May 12, 2009, James Damon pled guilty in the District of Maine to Possession of a Firearm by a Felon. He was sentenced by the Honorable John A. Woodcock, Jr., Chief U. S. District Judge, to seventy (70) months custody of the Bureau of Prisons with three (3) years of supervised release to follow. He was released from custody to the District of Massachusetts on October 18, 2013.

He plans to remain in this district on a permanent basis and has set up residence with his two aunts in Dedham. He is gainfully employed and to date, has complied with all conditions of supervision.

In view of the foregoing, I recommend that we accept a transfer of jurisdiction of this case. Please execute the attached PF#22 forms and assign a docket number if Your Honor concurs.